# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. SIMMON LEE WILCOX, Defendant. | **ORDER TO CONTINUE JURY TRIAL** Case No. 2:13 CR 717 TS Honorable Ted Stewart |

Based upon the motion to continue filed by the defendant, Simmon Lee Wilcox, stipulation of the Government, and good cause appearing, the Court makes the following findings:

1. The discovery in this case is complex, involving multiple co-defendants. Defense counsel needs additional time to review all of the discovery materials.

2. Defense counsel needs additional time complete investigation of this matter.

3. Counsel needs additional time to discuss potential options with the defendant.

4. This is the second request for a continuance.

5. Special Assistant United States Attorney Vernon Stejskal has been contacted regarding this motion and he does not oppose the requested continuance.

6. Mr. Wilcox is not detained. He agrees with the need for the continuance and waives his right to a speedy trial.

7. The delay resulting from the requested continuance is excludable under the Speedy Trial Act, because the failure to grant the continuance would deny counsel for the Government and for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based on the foregoing findings, and good cause appearing, it is hereby **ORDERED**:

The 5-day jury trial scheduled to begin on June 30, 2014, is continued to the **10th day of November, 2014, at 8:30 a.m.** Pursuant to 18 U.S.C. § 3161(h), the Court finds that the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, the time between the date of this Order and the new trial date set forth above is excluded from speedy trial computation for good cause.

DATED this 18th day of June, 2014.

BY THE COURT:

HONORABLE TED STEWART
United States District Court Judge